BILAL A. ESSAYLI
United States Attorney
DAVID T. RYAN
Chief, National Security Division
Assistant United States Attorney
REEMA M. EL-AMAMY (CBN 237743)
Assistant United States Attorney
Terrorism and Export Crimes Section

BILAL A. ESSAYLI
United States Attorney
DAVID T. RYAN
Chief, National Security Division
Assistant United States Attorney
REEMA M. EL-AMAMY (CBN 237743)
Assistant United States Attorney
Terrorism and Export Crimes Section

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br><br>v.<br><br>CLAIRE PARTICIA HAVILAND, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24-cr-00570-WLH<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
UNDER SEAL DOCUMENTS

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| | |
|---|---|
| May 18, 2025<br>Date | REEMA M. EL-AMAMY<br>Attorney Name<br>United States of America<br>Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                           **NOTICE OF MANUAL FILING**